mistrial. Bell v. State, 160 Tex.Cr.R. 538, 272 S.W.2d 888.

Finding the evidence sufficient to support the conviction and no reversible error appearing in the record, the judgment is affirmed.

Opinion approved by the Court.

### Woodrow WILSON, Appellant,

v.

### The STATE of Texas, Appellee.

### No. 28624.

Court of Criminal Appeals of Texas.

Nov. 28, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful possession of a narcotic drug is the offense, with punishment assessed at two years in the penitentiary.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.